# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Noushin Hosseinzadeh, <br><br>　　　　　Plaintiff, <br><br>v. <br><br>Automated Collection Services, Inc., <br><br>　　　　　Defendant. | Case No.: 3:18-cv-00064-LAB-JMA <br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff has filed a notice of voluntary dismissal with prejudice. Defendant has not answered or otherwise appeared. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own attorneys' fees and costs.

IT IS ORDERED.

Dated: July 12, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. LARRY ALAN BURNS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE